Order entered October 8 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00832-CR

REID CARLTON RENICKER, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court at Law No. 1
Collin County, Texas
Trial Court Cause No. 001-86948-2011

## ORDER

Appellant brief was filed on September 11, 2012. It has come to the Court's attention that appellant's counsel W. Tyler Wilson died on September 13, 2012, and that Robert Luttrell is in charge of closing the law office. The record before the Court reflects that Mr. Wilson was retained to represent appellant in this appeal. No new attorney has entered an appearance on appellant's behalf.

So that the Court may ensure appellant either has counsel at such time as the appeal is submitted or wishes to continue the appeal without new counsel, we **ORDER** the trial court to conduct a hearing to determine the following:

- Whether appellant desires to be represented by counsel.

- If appellant desires to be represented by counsel, whether appellant has retained new counsel to proceed with this appeal on the brief filed by Mr. Wilson. If appellant has retained new counsel, the trial court shall make a finding as to the name, State Bar number, address, and telephone number of new counsel.
- If appellant does not desire to be represented by new counsel, the trial court shall make a finding as to appellant's current contact information, including mailing address and telephone number, and advice appellant that he will be held to comply with the Texas Rules of Appellate Procedure regarding communications with the Court, documents filed with the Court and any applicable deadlines.

We **ORDER** the trial court to transmit a record of the proceedings, findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to Robert E. Luttrell III, 4 E. Chambers Street, Cleburne, Texas 76031-5542.

The appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.

DAVID L. BRIDGES
JUSTICE